IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

YOLANDA D. GRIGGS                                                                                           PLAINTIFF

VS.                                                                       CIVIL ACTION NO.: 4:10CV67-D-S

GREENVILLE RIVERBOAT, LLC
D/B/A LIGHTHOUSE POINT CASINO                                                               DEFENDANT

## ORDER

This matter is before the court on the motion of the law firm of Waide & Associates, P.A., and its attorneys, Jim Waide and Rachel M. Pierce, counsel of record for Plaintiff Yolanda D. Griggs, for leave to withdraw (# 14). In support of the motion, plaintiff's counsel cites irreconcilable differences, and while the Court is sympathetic to the position, Rule 83.1(b)(3) of the Uniform Local Rules provides that "[a]n attorney may be released only on motion duly noticed to all parties, *including the client* . . . ." The Court is aware that plaintiff's counsel has attempted to contact Ms. Griggs but has thus far been unsuccessful. Accordingly, the Court finds the motion to withdraw is not well taken. Should counsel locate the plaintiff and notify her according to the local rule, the Court will revisit the matter.

IT IS, THEREFORE, ORDERED that the motion to withdraw as counsel for the plaintiff (#14) is hereby DENIED.

SO ORDERED, this the 15th day of November 2010.

/s/ David A. Sanders
U.S. MAGISTRATE JUDGE